# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 03CR7027-H |
|---|---|
| Plaintiff, | ORDER TERMINATING GARNISHMENT |
| v. | |
| FLETCHER REYNOLDS, III, | |
| Defendant and Judgment Debtor, | |
| SOCIAL SECURITY ADMINISTRATION, | |
| Garnishee. | |

Pursuant to 18 U.S.C. § 3613(b), Judgment Debtor's liability to pay the restitution has terminated.

Therefore, IT IS HEREBY ORDERED, pursuant to 28 U.S.C. § 3205(c)(10)(A), that the garnishment in the above-captioned case is terminated.

DATED: _____May 9___, 2024

HON. MARILYN L. HUFF
United States District Judge